IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SOCIAL POSITIONING INPUT SYSTEMS, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 4:21-cv-03658 |
| vs. | § § | PATENT CASE |
| **LONESTAR TRACKING, LLC,** | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Social Positioning Input Systems, LLC and Defendant Lonestar Tracking, LLC by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: January 26, 2022.                    Respectfully submitted,

/s/Jay Johnson
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com
**ATTORNEYS FOR PLAINTIFF**

/s/Jeffrey R. Bale
Jeffrey R. Bale
State Bar No. 01629800
Federal ID No. 3324
Ross B. Bale
State Bar No. 24094522
Fed. I.D. No. 2639704
Kensington I, Suite 200
1600 Highway 6 South
Sugar Land, Texas 77478
Phone: (281) 295-6000
Fax: (281) 295-6010
Email: jbale@balelawfirm.com
Email : rbale@balelawfirm.com

Neil J. McNabnay
State Bar No. 24002583
Federal ID No. 29774
Noel Chakkalakal
State Bar No. 24053676
Federal ID No. 3621392
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX  75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
Email: mcnabnay@fr.com
Email: chakkalakal@fr.com
**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically on January 26, 2022, and was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

*/s/Jay Johnson*
**JAY JOHNSON**