United States District Court
Southern District of Texas
**ENTERED**
January 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEM, LLC, § § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. H-21-3658 |
| § § | |
| LONESTAR TRACKING, LLC, § § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 17), plaintiff's claims in this action are dismissed with prejudice. Defendant's claims are dismissed without prejudice. Each party will bear its own costs.

SIGNED on January 27, 2022, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge